[No. 25280-5-II.   Division Two.   March 23, 2001.]

In the Matter of the Detention of GARY EUGENE CHERRY, *Petitioner*.
GARY EUGENE CHERRY, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 99-2-00218-4, James B. Sawyer II, J., entered October 20, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 25301-1-II.   Division Two.   March 23, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. ROBERT EDWARD JEROME STROBEL, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00385-1, James E. Warme, J., entered November 10, 1999. *Reversed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 25376-3-II.   Division Two.   March 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY A. HOWE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 99-1-00354-6, David E. Foscue, J., entered November 22, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 25490-5-II.   Division Two.   March 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY MICHAEL HANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-8-02755-5, John A. McCarthy, J., entered December 17, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Bridgewater, J.